

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                      NO. 4:15CR00266 JLH

FRED LAUDERDALE                                                            DEFENDANT

## ORDER APPOINTING COUNSEL

Defendant appeared before the undersigned for a felony waiver and plea hearing on this date. The Court reviewed the CJA-23 financial affidavit and determined that the defendant qualified for the appointment of counsel in this matter. Accordingly, CJA Panel Attorney David R. Cannon is hereby appointed to represent defendant Fred Lauderdale in all further proceedings. The Clerk is directed to provide Mr. Cannon with the appropriate CJA voucher for this case.

IT IS SO ORDERED this 16th day of November, 2015.

                                                   _____
                                                   J. LEON HOLMES
                                                   UNITED STATES DISTRICT JUDGE